ACCEPTED
15-24-00017-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/13/2025 12:30 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-24-00017-CV**

IN THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/13/2025 12:30:43 PM
CHRISTOPHER A. PRINE
Clerk

ALL STAR IMPORTS, INC. D/B/A WORLD CAR MAZDA NORTH,

*Appellant and Cross-Appellee,*

v.

MAZDA MOTOR OF NORTH AMERICA, INC. A/K/A MAZDA MOTOR OF AMERICA, INC.,

*Cross-Appellant and Appellee,*

v.

BOARD OF THE TEXAS DEPARTMENT OF MOTOR VEHICLES,

*Appellee and Cross-Appellee.*

On Appeal from Cause No. D-1-GN-23-005034
in the 345th Judicial District Court of Travis County, Texas

MAZDA'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Mazda Motor of North America, Inc. a/k/a Mazda Motor Of America, Inc., respectfully files this first motion for extension of time to file its reply briefs in this case.

A.      Mazda's reply brief to the Board is due on Thursday, February 13, 2025. Its reply brief to World Car is Wednesday, February 19, 2025.

B.      Mazda respectfully requests an extension of time for both reply briefs until Thursday, February 27, 2025. This would be a 14-day

extension as to the Board and an eight-day extension as to World Car.

Mazda relies on the following facts to show a reasonable explanation for

this request:

- The undersigned counsel, Ben Escobar and Jeff Nobles, have had conflicting obligations in a number of other cases since the opposing briefs were filed in this case.

- Counsel prepared and filed a reply brief in the Second Court of Appeals on January 28, 2025.

- Counsel is revising and finalizing a mandamus petition for filing in the Fourth Court of Appeals on February 17, 2025.

- Counsel has been handling post-mandate judgment enforcement activities in a Dallas County District Court.

- In addition, Nobles and his wife traveled to Boston, Massachusetts, for the wedding shower of their daughter Audrey, on February 2, 2025. He was out of the office on January 31 and February 3.

- Finally, Nobles is in the final stages of preparing for his retirement from his law firm on February 28, 2025. He will continue to practice law at a slower pace after his retirement, but the internal and external planning for this transition has been time-consuming.

- None of these matters has taken precedence over this case, but they involve court settings, briefing deadlines, and personal commitments that could not be rescheduled.

C.    There have not been any previous extensions regarding these

briefs.

## PRAYER

For these reasons, appellant respectfully requests a 14-day extension of time, until February 27, 2025, for filing its reply briefs.

Respectfully submitted,

*/s/Brit T. Brown*
Brit T. Brown
Brit.brown@akerman.com
Texas Bar No. 03094550
Benjamin A. Escobar, Jr.
Benjamin.escobar@akerman.com
Texas Bar No. 00787440
AKERMAN LLP
1300 Post Oak Blvd., Suite 2300
Houston, Texas 77056-
Telephone: (713) 623-0887
Fax: (713) 960-1527

Jeff Nobles
jeff.nobles@huschblackwell.com
Texas Bar No. 15053050
HUSCH BLACKWELL LLP
600 Travis Street, Suite 2350
Houston, Texas 77002
Telephone: (713) 647-6800
Fax: (713) 647-6884

ATTORNEYS FOR APPELLEE/CROSS-APPELLANT, MAZDA MOTOR OF NORTH AMERICA, INC. A/K/A MAZDA MOTOR OF AMERICA, INC.

3

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with opposing counsel. All Star Imports, Inc. d/b/a World Car Mazda North is unopposed to this motion. The Board of the Texas Department of Motor Vehicles is opposed.

*/s/ Jeff Nobles*
Jeff Nobles

## CERTIFICATE OF SERVICE

I certify that this document was electronically filed with the Clerk of the Court using the electronic case filing system. A true and correct copy was served on the counsel of record listed below on February 13, 2025:

Jeffrey L. Oldham
jeff.oldham@bracewell.com
Walter A. Simons
walter.simons@bracewell.com
BRACEWELL LLP
711 Louisiana St., Ste. 2300
Houston, Texas 77002

Jarod R. Stewart
jstewart@steptoe.com
Austin Kreitz
akreitz@steptoe.com
STEPTOE, LLP
717 Texas Ave., Ste. 2800
Houston, Texas 77002

*Counsel for Appellant All Star Imports, Inc. d/b/a World Car Mazda North*

OFFICE OF THE ATTORNEY GENERAL
Ken Paxton, Attorney General
Brent Webster
James Lloyd
Ernest C. Garcia
Kathy Johnson
kathy.johnson@oag.texas.gov
P.O. Box 12548
Capital Station
Austin, Texas 78711

*Counsel for Appellee Board of the Texas Department of Motor Vehicles*

*/s/ Jeff Nobles*
Jeff Nobles

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

darlyn castillo on behalf of Jeffery Taylor Nobles
Bar No. 15053050
darlyn.castillo@huschblackwell.com
Envelope ID: 97345457
Filing Code Description: Motion
Filing Description: Mazda's Motion for Extension of Time to File Reply Briefs
Status as of 2/13/2025 12:37 PM CST

Associated Case Party: Board of the Texas Department of Motor Vehicles

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christian Young | | christian.young@oag.texas.gov | 2/13/2025 12:30:43 PM | SENT |
| Kathy Johnson | | Kathy.Johnson@oag.texas.gov | 2/13/2025 12:30:43 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Benjamin AEscobar | | benjamin.escobar@akerman.com | 2/13/2025 12:30:43 PM | SENT |
| Brit T.Brown | | brit.brown@akerman.com | 2/13/2025 12:30:43 PM | SENT |
| Neila Olvera | | neila.olvera@akerman.com | 2/13/2025 12:30:43 PM | SENT |
| Jeffery Nobles | 15053050 | jeff.nobles@huschblackwell.com | 2/13/2025 12:30:43 PM | SENT |
| Jeffrey Oldham | 24051132 | jeff.oldham@bracewell.com | 2/13/2025 12:30:43 PM | SENT |
| Walter Simons | 24098429 | walter.simons@bracewell.com | 2/13/2025 12:30:43 PM | SENT |
| Jarod Stewart | 24066147 | jstewart@steptoe.com | 2/13/2025 12:30:43 PM | SENT |
| Austin Kreitz | 24102044 | akreitz@steptoe.com | 2/13/2025 12:30:43 PM | SENT |
| Katherine Johnson | 24126964 | kathy.johnson@oag.texas.gov | 2/13/2025 12:30:43 PM | SENT |
| Terri Patton | | terri.patton@bracewell.com | 2/13/2025 12:30:43 PM | SENT |
| Christina Ramos | | cramos@steptoe.com | 2/13/2025 12:30:43 PM | SENT |
| Sallie Woodell | | swoodell@steptoe.com | 2/13/2025 12:30:43 PM | SENT |